

FILED
2014 Oct-06 PM 01:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FILED
## FOR THE NORTHERN DISTRICT OF ALABAMA

CV-14-S-1889-S

2014 OCT -3 P 12: 19

U.S. DISTRICT COURT
N.D. OF ALABAMA

Curtis Conner Jr.

nate Identification Number: 236259

_____

_____

nter above the full name(s) of the plaintiff(s)
this action)

vs.

Dewayne Estes, et. al

_____

_____

_____

nter above full name(s) of the defendant(s)
this action)

NOTICE TO FILING PARTY

It is your responsibility to
notify the clerk in writing
of any address change.
Failure to notify the clerk
may result in dismissal
of your case
without further notice.

Previous lawsuits

A.    Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved
in this action or otherwise relating to your imprisonment?
Yes   (      )          No   ( ✓ )

B.    If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than
one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

_____

2.   Court (if Federal Court, name the district; if State Court, name the county)

_____ N/A _____

3.   Docket number _____ NA _____

4.   Name of judge to whom case was assigned   _____
_____ NA _____

5.   Disposition (for example: Was the case dismissed?   Was it appealed?   Is it still
pending?) _____ NA _____

_____ NA _____

6.   Approximate date of filing lawsuit ___ NA ___

7.   Approximate date of disposition ___ NA ___

Place of present confinement —— Easterling Correctional Facility _____

A.   Is there a prisoner grievance procedure in this institution? _____
Yes   (     )         No   ( ✓ )

C.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes   (     )         No   (     )

C.   If your answer is YES:

1.   What steps did you take?   _____

_____

2.   What was the result? _____

_____

D.   If your answer is NO, explain why not?   ADoC (Easterling) does

not have a prison grievance Procedure.

_____

_____

2

Parties
In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.    Name of plaintiff(s)  *Curtis Wayne Conner Jr.*

Address  *200 Wallace Drive*
         *Clio Alabama 36017*

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B.    Defendant  *Dewayne Estes*

      is employed as  *Warden III*

      at  *Limestone Corr. Fac. 2779 Nick Davis rd. Harvest AL 35749*

C.    Additional Defendants

Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

*The Defendant's in this instant case intentionally and knowly violated the plaintiff 8th, 9th and constitution Violation of Section 504 of the Rehabilitation act and the ADA (American disability act)*

3

Defendant discriminated on the basic of his disability (HIV). Defendant Segregated plaintiff from general population due to his disability. Defendant Violated plaintiff privacy Rights, by Segregating plaintiff in an HIV only dorm.

RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensatory damages in the amount of $60,000.00 Punitive damages in the amount of $200,000.00 Defendant pay all court cost Attorney fees

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___9-17-2014___.

X _Cut Com_
Signature(s)

4